IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRENDA L. ST. JEAN,<br><br>        Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 13-2163 (JBS)<br><br>**ORDER** |

This matter having come before the Court upon review of the partially favorable final decision of the Defendant Commissioner of the Social Security Administration, granting Plaintiff Brenda L. St. Jean supplemental security income benefits under Title XVI of the Social Security Act but finding that the period of Plaintiff's disability ended September 20, 2011; and the Court finding that the Commissioner's decision should be vacated and remanded regarding the determination of medical improvement and no disability as of September 20, 2011; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**30th**__ day of __**December**__, 2013, hereby

ORDERED that the Commissioner's decision is VACATED in part and REMANDED for further proceedings consistent with the

instructions set forth in today's Opinion.

  **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge